# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| RONNIE WELDON, | * | |
| Petitioner, | * | |
| v. | * | CASE NO. 4:07-CV-44 (CDL) |
| BRENDA MURRELL, Warden | * | 28 U.S.C. § 2241 |
| | | Habeas Corpus Petition |
| Respondent. | * | |

## RECOMMENDATION OF DISMISSAL

On March 28, 2007, Petitioner filed an Application for Federal Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 with an Request to Proceed *In Forma Pauperis*. Pursuant to 28 U.S.C. § 1915, when filing for *IFP* status, a petitioner is required to submit a certified copy of his prisoner trust fund account.

Petitioner failed to file his Prisoner Trust Account information. On April 13, 2007, this court ordered Petitioner to file, within twenty (20) days, a certified copy of his Prisoner Trust Account information for the last six months. In the alternative, Petitioner was informed that he may also pay the five dollar ($5.00) filing fee and proceed without filing a Prisoner Trust Account Form.

Over two months have now passed since Petitioner Weldon was advised to file his Trust Account information or pay the $5.00 filing fee. He has not filed his Prisoner Trust Account information as ordered by the court, nor, in the alternative, has he paid the $5.00 filing fee.

Therefore, it is **RECOMMENDED** this action be **DISMISSED** as he has failed to commence this action. 28 U.S.C. § 1915. Under 28 U.S.C. § 636(b)(1), Petitioner may serve and file written objections to this recommendation with the United States District Judge, within ten (10) days after being served a copy of this order.

**SO ORDERED**, this 22nd day of June, 2007.

S/ G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE

mZc