```
            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

RONNIE WELDON,                         *

       Petitioner            *

vs.                                    *

                                      CASE NO. 4:07-CV-44 (CDL)

BRENDA MURRELL, Warden                 *

       Respondent            *

                                            *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 22, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 24th day of August, 2007.

                                                       S/Clay D. Land
                                                         CLAY D. LAND
                                             UNITED STATES DISTRICT JUDGE